UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM CANTERGIANI, ) | Case No. 5:14-cv-03431-PSG |
| ) | |
| Plaintiffs, ) | **ORDER RE: JOINT STATUS REPORT** |
| ) | |
| v. ) | |
| ) | **(Re: Docket No. 14)** |
| PAN-CAL CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

Based on the parties' joint status report,[1]

IT IS HEREBY ORDERED that the following deadlines shall apply to this case:

Last day for Defendants to respond to Cantergiani's complaint…………November 14, 2014

Last day to meet and confer re: initial disclosures, early
settlement, ADR process selection, and discovery plan………………........January 13, 2015

Last day to:
    File Rule 26(f) Report;
    Complete initial disclosures or state objections in Rule
    26(f) Report; and
    File case management statement per standing order re
    contents of joint case management statement……..……….………January 27, 2015

---

[1] *See* Docket No. 14.

1

Case No. 5:14-cv-03431-PSG
ORDER RE: JOINT STATUS REPORT

United States District Court
For the Northern District of California

Initial case management conference……………......................February 3, 2015, 10:00 a.m.

**SO ORDERED.**

Dated: November 10, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:14-cv-03431-PSG
ORDER RE:  JOINT STATUS REPORT