1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM CANTERGIANI, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>PAN-CAL CORPORATION, et al., )<br><br>Defendants. )<br>) | Case No. 5:14-cv-03431-PSG<br><br>**CASE MANAGEMENT ORDER**<br><br>**(Re: Docket No. 23)** |

Based on the parties' joint case management statement[1] and the discussions held at the case management conference,[2]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is April 7, 2015.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

---

[1] *See* Docket No. 23.

[2] *See* Docket No. 24.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

Non-expert discovery completion ........................................................................ July 10, 2015

Last day to disclose experts ................................................................................ July 17, 2015

Last day to disclose rebuttal experts ............................................................. August 21, 2015

Expert discovery completion ...................................................................September 25, 2015

Final hearing on dispositive motions.....................................November 24, 2015 at 10:00 a.m.

Pre-trial conference ................................................................. January 26, 2016 at 10:00 a.m.

Jury trial ...................................................................................... March 14, 2016 at 9:30 a.m.

**SO ORDERED.**

Dated: February 5, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:14-cv-03431-PSG
CASE MANAGEMENT ORDER